NORTHERN NEW YORK POWER CORPORATION, Claimant-Respondent, *v.* STATE OF NEW YORK, Defendant-Appellant. (Claim No. 726-A.)

Argued June 7, 1944; decided October 5, 1944.

*Nathaniel L. Goldstein*, Attorney-General (*Orrin G. Judd, Robert C. Isaacs* and *Daniel J. Loventhal* of counsel), for appellant.

*Adolph J. Rodenbeck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.